

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

November 4, 2020

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__11/4/2020___

VIA ECF
Hon. Valerie E. Caproni
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

      Re:    *Ye v. Wolf, et al.*, No. 20 Civ. 5390 (VEC)

Dear Judge Caproni:

      This Office represents the government in this action in which plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Application to Register Permanent Residence or Adjust Status (Form I-485).  On behalf of the government, I write respectfully to request an extension of time of approximately one month to respond to the complaint (*i.e.*, from November 6, 2020 to December 7, 2020).  I also respectfully request that the initial conference presently scheduled for November 13, 2020, be adjourned to a date at least one week after December 7, 2020.

      The extension is respectfully requested because USCIS interviewed plaintiff on October 8, 2020, in regards to his Form I-485 and anticipates that it will complete its adjudication by December 7, 2020, which would render this action moot.

      This is the government's second request for an extension of time to respond to the complaint and the third request to adjourn the initial conference.[1]  Plaintiff's counsel consents to these requests.

---

[1] On August 20, 2020, the government requested an adjournment of the initial conference to allow the government sufficient time to investigate the facts and circumstances of the case and formulate its position in this litigation.  *See* ECF No. 14.  That same day, this Court granted this request.  *See* ECF No. 15.  On September 16, 2020, the government requested an extension of time to respond to the complaint and requested a second adjournment of the initial conference.  *See* ECF No. 16. The Court granted these requests the same day.  *See* ECF No. 17.

I thank the Court for its consideration of this letter.

<div style="margin-left: 50%">

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

</div>

By:   _s/ Michael J. Byars_
     MICHAEL J. BYARS
     Assistant United States Attorney
     Telephone:  (212) 637-2793
     Facsimile:  (212) 637-2786
     E-mail:  michael.byars@usdoj.gov

cc:  Counsel of record (via ECF)

---

Application GRANTED.  Defendant's time to respond to Plaintiff's complaint is extended to **December 7, 2020.**  The initial pretrial conference scheduled for November 13, 2020 is adjourned to **December 18, 2020 at 10:30 a.m.**  The parties' joint submission is due by **December 10, 2020.**  The parties must appear for the conference by calling 888-363-4749, using the access code 3121171 and the security code 5390.

---

SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

               11/4/2020